# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gbiri Kikelomo Wuraola,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Eric Rokosky,<br><br>　　　　　Respondent. | No. CV-26-03061-PHX-JJT (JFM)<br><br>**ORDER** |

Judgment having been entered in this case,

**IT IS ORDERED** that the reference of this case to the magistrate judge is withdrawn subject to further order of the court.

Dated this 25th day of June, 2026.

_____
Honorable John J. Tuchi
United States District Judge